## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LANDERS PAGE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:14CV1506 RLW |
| JAMES HURLEY, | ) ) ) |
| Respondent. | ) ) |

### MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Appointment of Counsel (ECF No. 3). Upon review of the motion and the pleadings in this case, the Court will deny the motion.

On September 2, 2014, Petitioner filed a Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus in federal court. He filed a motion for appointment of counsel that same date, asserting that he is unable to pay attorney's fees or obtain legal counsel.

"[T]here is neither a constitutional nor statutory right to counsel in habeas proceedings . . . ." *McCall v. Benson*, 114 F.3d 754, 756 (8th Cir. 1997). In order to determine whether appointment of counsel is appropriate, the court must consider "the factual and legal complexity of the case, and the petitioner's ability both to investigate and to articulate his claims without court appointed counsel." *Id.* (citations omitted). In the instant case, Petitioner raises only four grounds for habeas relief, and they do not appear to be factually or legally complex. Further, review of the Petition and Traverse demonstrates that Petitioner is able to articulate his claims in a clear, concise manner and support his allegations with case law. Because Petitioner has demonstrated the ability to adequately present his claims without an attorney, his motion for appointment of counsel will be denied at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Appoint Counsel (ECF No. 3) is **DENIED**.

Dated this 16th day of April, 2015.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**